

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JULIO SALVADOR GUEVARA,

Defendant.

Case No. 23-MJ-1975

ORDER OF DETENTION

[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. §§ 3143(a)(1), 3148(b)]

I.

On April 24, 2023, Defendant Julio Salvador Guevara made his initial appearance in this district following his arrest on the petition for revocation of supervised release and warrant for arrest issued in the District of South Dakota on June 14, 2022. Deputy Federal Public Defender Claire Rogerson was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Daniel Weiner. A detention hearing was held.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition: while on supervised release, Defendant failed to report to his Probation Officer, failed to report for drug testing and failed to report for substance abuse treatment on numerous occasions.

☒ unstable residential history, and partially verified background information.

☒ use of aliases, name variations and monikers

☒ Insufficient bail resources

B.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ criminal history includes numerous law enforcement contacts including multiple failures to appear

☒ admitted drug use

III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal to be removed to the District of South Dakota.

<u>The Court directs government counsel to follow up with government counsel in the charging district regarding Defendant's next scheduled date, and provide this information to DFPD Rogerson in order to monitor the status of defendant's transportation to, and arrival in, the charging district for his next appearance.</u>

Dated: April 24, 2023

                                              /s/
                                    ALKA SAGAR
                        UNITED STATES MAGISTRATE JUDGE